| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| LOUANN GREGORY, CHARLOTTE JEANELL TANTON, BONNIE E. HERMAN, ELIZABETH DIANE PATTON, LINDA WILLIAMS, JENICE WEAVER, KADIE NELSON, VICKI B. BROWN, KATHY SEALS, BELINDA ADAMS, CHERYL SWEATS, TERESA TAYLOR, RHONDA PHILLIPS, HELEN REDMON, DANA PITTMAN, LINDA SHIPMAN, DANA ARTHUR, PRUDENCIO SALINAS BARRERA, BARBARA ANTOINE, SHEILA FORD, ROSANNA SMITH, BARBARA HILL, STEPHANIE GEORGE, PATRICIA REDMON, AMMIE SIAS, and GLORIA J. HUBERT, <br><br>    Plaintiffs, <br><br>*versus* <br><br>FRONTIER HEALTHCARE GROUP, INC., FHG LIBERTY-DAYTON, LLC, LIBERTY-DAYTON COMMUNITY HOSPITAL, LP, and ALBERT B. SCHWARZER, <br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:09-CV-1012 |

## FINAL JUDGMENT

Plaintiffs' Motion for Damages and Request for Entry of Final Judgment (#18) is GRANTED.

Accordingly, Defendants Frontier Healthcare Group, Inc.; FHG Liberty-Dayton, LLC; Liberty-Dayton Community Hospital, LP; and Albert B. Schwarzer are indebted to Plaintiffs as follows:

  1.  Damages: $95,129.45

2. Liquidated Damages: $95,129.45

3. Attorneys' Fees: $28,000.00

4. Court Costs: $1,518.27

IT IS ORDERED that Defendants pay Plaintiffs the sum of $219,777.17.  Payment shall be made to Plaintiffs' attorneys, Martin A. Shellist and Michael Todd Slobin; c/o Shellist, Lazarz, Slobin; 1900 West Loop South, Suite 1910; Houston, Texas 77027.  Post-judgment interest will accrue at a rate of .25 percent until this judgment is paid in full.

Plaintiffs are allowed such writs and processes as may be necessary in the enforcement and collection of this final judgment.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Beaumont, Texas, this 20th day of August, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE