| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
| --- | --- |

LOUANN GREGORY, CHARLOTTE          §
JEANELL TANTON, BONNIE E.          §
HERMAN, ELIZABETH DIANE PATTON,    §
LINDA WILLIAMS, JENICE WEAVER,     §
KADIE NELSON, VICKI B. BROWN,      §
KATHY SEALS, BELINDA ADAMS,        §
CHERYL SWEATS, TERESA TAYLOR,      §
RHONDA PHILLIPS, HELEN REDMON,     §
DANA PITTMAN, LINDA SHIPMAN,       §
DANA ARTHUR, PRUDENCIO SALINAS     §
BARRERA, BARBARA ANTOINE, SHEILA   §
FORD, ROSANNA SMITH, BARBARA       §
HILL, STEPHANIE GEORGE, PATRICIA   §
REDMON, AMMIE SIAS, and GLORIA J.  §
HUBERT,                            §
                                   §
            Plaintiffs,            §
                                   §
*versus*                           §     CIVIL ACTION NO. 1:09-CV-1012
                                   §
FRONTIER HEALTHCARE GROUP, INC.,   §
FHG LIBERTY-DAYTON, LLC, LIBERTY-  §
DAYTON COMMUNITY HOSPITAL, LP,     §
and ALBERT B. SCHWARZER,           §
                                   §
            Defendants.            §

## ORDER

The Clerk of Court is ordered to send notice, by regular and certified mail, of the court's

Order (#25) setting a hearing on Plaintiffs' Motion to Appoint a Receiver to all Defendants.

SIGNED at Beaumont, Texas, this 6th day of December, 2010.


_____
          MARCIA A. CRONE
    UNITED STATES DISTRICT JUDGE