**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **LouAnn Gregory and Charlotte "Jeanell" Tanton, on behalf of themselves and others similarly situated,** | § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 09-1012** |
| **Frontier Healthcare Group, Inc., FHG Liberty-Dayton, L.L.C., Liberty-Dayton Community Hospital, L.P., and Albert B. Schwarzer, individually,** | § § § § § | |
| **Defendants.** | § | |

---

**PLAINTIFFS' NOTICE OF FILING BOND**
**OF RECEIVER AND OATH OF RECEIVER**

---

Plaintiffs LouAnn Gregory and Charlotte "Jeanell" Tanton, on behalf of themselves and

others similarly situated, hereby file this Notice of Filing Bond of Receiver and Oath of Receiver

Respectfully submitted,

By:  */s/ Martin A. Shellist*
MARTIN A. SHELLIST
State Bar #00786487
TODD SLOBIN
State Bar #24002953
3D/International Tower
1900 West Loop South, Suite 1910
Houston, Texas 77027
Telephone: (713) 621-2277
Facsimile: (713) 621-0993
**ATTORNEYS FOR PLAINTIFFS**

**Of Counsel:**
SHELLIST LAZARZ SLOBIN, LLP